**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

ACTIVE DEPLOYMENT SYSTEMS, LLC,  )
)
        Plaintiff,  )
)
        v.  )
)  No. 26-510C
THE UNITED STATES,  )
)  Judge Edward H. Meyers
        Defendant.  )
)

## <u>NOTICE OF APPEARANCE</u>

To the Clerk:

      Please enter the appearance of Daniel Hoffman, as attorney of record for the United

States.  Service of all papers by opposing parties should be addressed as follows:


Daniel Hoffman
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

<u>s/Daniel Hoffman</u>
DANIEL A. HOFFMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0972

April 6, 2026                    Attorney for Defendant